UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROYSTER-CLARK AGRIBUSINESS, INC. and ROYSTER-CLARK, INC., )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, )<br>Administrator, United States )<br>Environmental Protection Agency, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-0122 (ESH) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion to dismiss [#10] is **GRANTED**; and it is further

**ORDERED** that plaintiffs' claim is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

                                                      s/
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge

Date: August 29, 2005